UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00071-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  EDDY LOPEZ-DOMINGUEZ,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, March 31, 2010,** and responses to these motions shall be filed by **Monday, April 12, 2010**.  It is

FURTHER ORDERED that a motions hearing and final trial preparation conference will not be set at this time.  The parties shall notify the Court should a final trial preparation conference become necessary.  It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, April 19, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated: February 17, 2010

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge