UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00071-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDDY LOPEZ-DOMINGUEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on March 11, 2010. The 3-day jury trial set for Monday, April 19, 2010, at 9:00 a.m. is **VACATED**. A Change of Plea hearing is set for **Wednesday, April 28, 2009, at 3:00 p.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: March 11, 2010