UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00071-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDDY LOPEZ-DOMINGUEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a conflict of the Court, the Change of Plea hearing set for **Wednesday, April 28, 2009, at 3:00 p.m.** is **VACATED** and **RESET** for **Thursday, April 29, 2010, at 11:00 a.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: April 9, 2010