UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00071-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDDY LOPEZ-DOMINGUEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a conflict of the Court, the change of plea hearing set for Thursday, April 29, 2010, at 11:00 a.m. is **RESET** to **Thursday, April 29, 2010, at 2:00 p.m.**

    Dated: April 29, 2010.